IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00047-WYD-BNB

CHRISTIE VAN ORDEN,

Plaintiff,

v.

ARAMARK CORP.,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Marianna Moss and Skye Myers as Attorneys for Plaintiff** [docket no. 6, filed March 19, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Marianne Moss and Skye Myers are granted leave to withdraw from the representation of plaintiff Christie Van Orden and are to be removed from the electronic service.

DATED:  March 19, 2012