IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00047-WYD-BNB

CHRISTIE VAN ORDEN,

      Plaintiff,

v.

ARAMARK CORP.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (ECF No. 30), filed February 11, 2013.  After carefully reviewing the above-captioned case, I find that the motion should be granted and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 30) is **GRANTED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  February 11, 2013

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    United States Senior District Judge